State Farm® B2B                                                                                               Page 1 of 2



State Farm® Select Service® Program

**RPM Report** (BENTLEY'S COLLISION - V4DRZAQD)

3 Month: Feb 2014-Apr 2014   12 Month: May 2013-Apr 2014

PERFORMANCE INDEX **861**          PROGRAM RANK **79%**

| Repair Information | 3 Months | 12 Months |
|---|---|---|
| Repair Capacity | 5 | 5 |
| Number of Estimates | 55 | 216 |
| Total Gross Estimate $ | $166,905 | $707,581 |

**Select Service Pricing**    Effective: 07/30/2013

Body 50.00          Mechanical 55.00          Recycled Markup 30%
Refinish 50.00      Paint & Materials 40.00   OE Disc Domestic 3%
Frame 65.00         Material Calculator: N    OE Disc Foreign 0%

3% Discount on all Domestic parts (GM, Ford, Chrysler, Dodge)

### Quality

| Customer Perception | 3 Months | 12 Months |
|---|---|---|
| Customer Concerns | 0 | 0 |
| % of Repairs | 0.0% | 0.0% |

| State Farm | 3 Months | 12 Months |
|---|---|---|
| Audits | 2 | 9 |
| WBNP Frequency | 50.0% | 11.1% |
| %WBNP | 0.47% | 0.07% |
| Repair Concerns | 0.0% | 0.0% |
| Total Estimates Reviewed | 9 | 29 |
| Photo Quality/Quantity | 77.8% | 79.3% |

### Efficiency

| Cycle Time | 3 Months | 12 Months |
|---|---|---|
| Hrs/Day | 2.8 | 2.9 |
| Days – Drop to Pick-up | 7.9 | 8.5 |
| Days – Start to Finish | 7.2 | 7.9 |

| Supplement | 3 Months | 12 Months |
|---|---|---|
| Average $ Amt | $119.58 | $173.78 |
| % of Original | 4.1% | 5.6% |
| % on Final Bill | 4.1% | 4.5% |

| 1st Party Rental | 3 Months | 12 Months |
|---|---|---|
| Rental Count | 14 | 60 |
| Average Cost | $262.44 | $271.38 |

### Competitive Price

| Inspection Measures | 3 Months | 12 Months |
|---|---|---|
| Estimates Reviewed | 7 | 20 |
| Estimate Difference | 13.8% | 9.5% |

State Farm® B2B  Page 2 of 2

| Estimate Measures | 3 Months | 12 Months |
|---|---|---|
| Average Estimate | $3,034.63 | $3,275.64 |
| Average Parts | $1,155.27 | $1,260.83 |
| OEM | 76.0% | 75.5% |
| Recycled | 7.2% | 7.5% |
| Non-OEM | 7.5% | 6.5% |
| Reman / Recond | 9.3% | 10.5% |
| Average Labor | $1,309.27 | $1,386.63 |
| Repair vs. Replace | 50.0% | 50.3% |
| Paint & Materials | $292.44 | $324.08 |

*Yellow indicates a category with the most opportunity for improvement.

Information contained within this exhibit may not be shared or discussed with anyone outside of the above named Select Service Repairer's facility without the expressed written permission of State Farm. (S.O.1.0.28)