UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: AUTO BODY SHOP ANTITRUST LITIGATION**

| | |
|---|---|
| Lief's Auto Collision Centers, LLC v. State Farm Mutual Automobile Insurance Company of Oregon, et al., D. Oregon, C.A. No. 3:14-01777 ) ) ) | MDL No. 2557 |

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

On November 21, 2014, the Panel filed in this docket a conditional transfer order pertaining to this action (*Lief's Auto*). In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Lief's Auto* was lifted on December 2, 2014, and the action was transferred to the Middle District of Florida. Subsequently, on December 8, 2014, the Panel received a motion to reinstate the conditional transfer order filed by defendant Oregon Mutual Insurance Company. In its motion, defendant, through counsel, asserts it never received a copy of the Panel's November 21, 2014, order, and that this was the cause of its failure to submit a timely notice of opposition. Appended to defendant's motion is an affidavit.

Recourse to available sources confirms that the Panel did not serve defendant Oregon Mutual with notice of the November 21, 2014, conditional transfer order. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Lief's Auto* in order to permit defendant to pursue its opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-4 filed on November 21, 2014, is REINSTATED, insofar as it relates to this action. .

IT IF FURTHER ORDERED that defendant's motion to reinstate is construed as its Notice of Opposition and is deemed filed as of the date of this order.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel