**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LEIF'S AUTO COLLISION CENTERS, LLC,

    Plaintiff,

v.

    Case No: 6:14-cv-6014-Orl-31TBS
    (Oregon)

    MDL: 6:14-md-2557-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY OF OREGON, et al.,

    Defendants.

## ORDER

In accordance with this Court's Opinion and Order in 6:14-md-2557, Doc. 222, it is

**ORDERED** that:

1. Plaintiffs' Omnibus Objection (Doc. 142) to the Magistrate Judge's Report and Recommendation (Doc. 137) is **OVERRULED**; the partial objection filed by American Commerce Insurance Company (Doc. 141) is **SUSTAINED** as to the OUTPA claim;

2. The Motions to Dismiss (Doc. 118, 121, 123, 129) are **GRANTED**; and

3. The Complaint (Doc. 1) is **DISMISSED** without prejudice, except for Quasi-Estoppel (Count Two) and the OUTPA claim (Count Four) which are **DISMISSED** with prejudice.

4. Plaintiffs may file an amended complaint by September 8, 2015.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 17, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party