**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| LEIF'S AUTO COLLISION CENTERS, LLC, an Oregon limited liability company dba LEIF'S AUTO COLLISION CENTERS, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*, <br><br> Defendants. | **Case No. 6:14-MD-02557-GAP-TBS** <br><br> **RE: No. 6:14-CV-06014-GAP-TBS** |

**NOTICE OF ERRATA REGARDING GEICO CASUALTY COMPANY, GEICO GENERAL INSURANCE COMPANY AND GEICO INDEMNITY COMPANY'S MOTION FOR ATTORNEYS' FEES RELATED TO PLAINTIFF'S UNFAIR TRADE PRACTICES ACT CLAIM**

Defendants GEICO Casualty Company, GEICO General Insurance Company and GEICO Indemnity Company (collectively "GEICO") inadvertently omitted a Local Rule 3.01(g) certification with their Motion for Attorneys' Fees Related to Plaintiff's Unfair Trade Practices Act Claim ("Motion") and supplement the Motion with the Certification below.

### Local Rule 3.01(g) Certification

Counsel for GEICO, Dan Goldfine and Ian Fischer, conferred with Plaintiff's Counsel, Michael Willes, before filing the Motion and the Parties have been unable to agree on resolution of the Motion.

DATED this 1st day of September, 2015.

LEWIS ROCA ROTHGERBER LLP

By: */s/ Dan W. Goldfine*
Dan W. Goldfine
Joshua Grabel
Ian M. Fischer
Jamie L. Halavais
201 E. Washington Street, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-262-5392
Facsimile: 602-262-5747
Email: dgoldfine@lrrlaw.com
jgrabel@lrrlaw.com
ifischer@lrrlaw.com
jhalavais@lrrlaw.com

Attorneys for GEICO General Insurance Company, GEICO Indemnity Company, and GEICO Casualty Company

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

*/s/ Dan W. Goldfine*