UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LEIF'S AUTO COLLISION CENTERS, LLC, an Oregon limited liability company d/b/a LEIF'S AUTO COLLISION CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY OF OREGON, et al.,<br><br>Defendants. | MDL No. 2557<br><br>Case No. 6:14-cv-06014-GAP-TBS |

**NOTICE OF SETTLEMENT AND STIPULATION OF
DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Leif's Auto Collision Centers and Defendant Omni Insurance Company ("Omni"), by and through their undersigned attorneys, hereby notify this Court that this action has been settled with respect to all claims asserted against Omni. Plaintiff and Omni hereby stipulate to judgment of dismissal of all Plaintiff's claims against Omni, with prejudice, and without attorney fees, costs or other expenses to any party.

DATED: September 8, 2015.

TONKON TORP LLP

By: _____
Steven D. Olson, OSB No. 003410
steven.olson@tonkon.com
Michael Willes, OSB No. 141806
michael.willes@tonkon.com
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
Tel: 503-221-1440
Fax: 503-274-8779
Attorneys for Leif's Auto Collision Centers, LLC

1

THENELL LAW GROUP, P.C.

By: _____
Kirsten Curtis, OSB No. 113638
Kirsten@thenelllawgroup.com
12909 SW 68th Parkway, Suite 320
Portland, OR 97223
Tel: 503-372-6450
Fax: 503-372-6496
Attorneys for Omni Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who are registered with the Court's CM/ECF system.

_____