# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LEIF'S AUTO COLLISION CENTERS,
LLC,

      Plaintiff,

v.
                                 Case No: 6:14-cv-6014-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY OF OREGON, et
al.,

      Defendants.

_____

## ORDER

      This matter comes before the Court without a hearing on the Motion for Reconsideration (Doc. 151) filed by Plaintiff Leif's Auto Collision Centers, LLC ("Leif's Auto"), the responses in opposition filed by Defendant American Commerce Insurance Company (Doc. 156), Defendant American National Property and Casualty (Doc. 161) and by the GEICO Defendants (Doc. 160). Leif's Auto seeks reconsideration of this Court's decision to dismiss its claim under the Oregon Unfair Trade Practices Act ("OUTPA") with prejudice rather than without prejudice as recommended by Magistrate Judge Smith.   (Doc. 149 at 1).

      In opting for dismissal with prejudice, the undersigned relied on two things: (1) the fact that every court to address the issue had found that non-consumers such as Leif's Auto lacked standing to pursue claims under OUTPA, and (2) an apparent failure by the Plaintiffs to oppose the Defendants' requests to have the OUTPA claim dismissed with prejudice.   (Doc. 222 at 25-26 in Case No. 6:14-md-2557).   As Leif's Auto correctly points out, it did file a response in opposition (Doc. 144), which the Court inadvertently overlooked.   Upon review of that previously

overlooked response, however, the Court finds that it is insufficient to alter the outcome. Leif's Auto has not provided any argument on this issue other than those the Court has already considered and has not uncovered any cases in which non-consumers were found to have standing under the OUTPA. Accordingly, it is hereby

ORDERED that the Motion for Reconsideration (Doc. 151) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 9, 2015.

GREGORY A. PRESNELL
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party