UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LEIF'S AUTO COLLISION CENTERS, LLC, an Oregon limited liability company d/b/a LEIF'S AUTO COLLISION CENTERS,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY OF OREGON, et al.,<br><br>    Defendants. | MDL No. 2557<br><br>Case No. 6:14-cv-06014-GAP-TBS |

## NOTICE OF SETTLEMENT AND STIPULATION OF
## DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Leif's Auto

Collision Centers and Defendant Amica Mutual Insurance Company ("Amica"), by and through

their undersigned attorneys, hereby notify this Court that this action has been settled with respect

to all claims asserted against Amica.  Plaintiff and Amica hereby stipulate to judgment of

dismissal of all Plaintiff's claims against Amica, with prejudice, and without attorney fees, costs

or other expenses to any party.

DATED:  September _15_, 2015.

TONKON TORP LLP

By: _____
    Steven D. Olson, OSB No. 003410
    steven.olson@tonkon.com
    Michael Willes, OSB No. 141806
    michael.willes@tonkon.com
    1600 Pioneer Tower
    888 SW Fifth Avenue
    Portland, OR 97204
    Tel:  503-221-1440
    Fax:  503-274-8779
    Attorneys for Leif's Auto Collision Centers, LLC

LOCKE LORD LLP


By: _____

Rowe W. Snider, ISBA No. 3125194
rsnider@lockelord.com
111 South Wacker Drive
Chicago, Illinois 60606
Tel:  312-528-9585
Fax:  312-896-6285
Attorneys for Amica Mutual Insurance Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of September, 2015, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of

Electronic Filing to all counsel of record who are registered with the Court's CM/ECF system.


/s/ Michael Willes