UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LEIF'S AUTO COLLISION CENTERS, LLC, an Oregon limited liability company d/b/a LEIF'S AUTO COLLISION CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY OF OREGON, et al.,<br><br>Defendants. | MDL No. 2557<br><br>Case No. 6:14-cv-06014-GAP-TBS |

**NOTICE OF SETTLEMENT AND STIPULATION OF**
<u>**DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY**</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Leif's Auto Collision Centers and Defendant Sublimity Insurance Company ("Sublimity"), by and through their undersigned attorneys, hereby notify this Court that this action has been settled with respect to all claims asserted against Sublimity. Plaintiff and Sublimity hereby stipulate to judgment of dismissal of all Plaintiff's claims against Sublimity, with prejudice, and without attorney fees, costs or other expenses to any party.

DATED: September 16, 2015.

TONKON TORP LLP

By: /s/ Steven D. Olson
Steven D. Olson, OSB No. 003410
steven.olson@tonkon.com
Michael Willes, OSB No. 141806
michael.willes@tonkon.com
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
Tel: 503-221-1440
Fax: 503-274-8779
Attorneys for Leif's Auto Collision Centers, LLC

1

KILMER, VOORHEES & LAURICK, PC

By: ___/s/ Kurt C. Peterson_____
Kurt C. Peterson, OSB No. 980065
KPeterson@kilmerlaw.com
732 NW 19th Ave.
Portland, OR 97209
Tel: 503-224-0055
Fax: 503-222-5290
Attorneys for Sublimity Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of September, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who are registered with the Court's CM/ECF system.

_____