UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LEIF'S AUTO COLLISION CENTERS, LLC, an Oregon limited liability company d/b/a LEIF'S AUTO COLLISION CENTERS,<br><br>                Plaintiff,<br><br>      v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY OF OREGON, et al.,<br><br>                Defendants. | MDL No. 2557<br><br>Case No. 6:14-cv-06014-GAP-TBS |

**NOTICE OF SETTLEMENT AND STIPULATION OF**
**DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Leif's Auto Collision Centers and Defendant Grange Insurance Association ("Grange"), by and through their undersigned attorneys, hereby notify this Court that this action has been settled with respect to all claims asserted against Grange. Plaintiff and Grange hereby stipulate to judgment of dismissal of all Plaintiff's claims against Grange, with prejudice, and without attorney fees, costs or other expenses to any party.

DATED: September 18, 2015.

                TONKON TORP LLP

                By: /s/Michael Willes
                     Steven D. Olson, OSB No. 003410
                     steven.olson@tonkon.com
                     Michael Willes, OSB No. 141806
                     michael.willes@tonkon.com
                     1600 Pioneer Tower
                     888 SW Fifth Avenue
                     Portland, OR 97204
                     Tel: 503-221-1440
                     Fax: 503-274-8779
                     Attorneys for Leif's Auto Collision Centers, LLC

COZEN O'CONNOR

By: /s/William F. Knowles
William F. Knowles, OSB No. 041756
wknowles@cozen.com
999 Third Ave Ste 1900
Seattle, WA 98104
Tel: 206-340-1000
Fax: 206-621-8783
Attorneys for Grange Insurance Association

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of September, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who are registered with the Court's CM/ECF system.

/s/Michael Willes