# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LEIF'S AUTO COLLISION CENTERS, LLC,

    Plaintiff,

v.                                     Case No: 6:14-cv-6014-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY OF OREGON, et al.,

    Defendants.

## ORDER

On August 17, 2015, this Court entered an Order (Doc. 149) dismissing this case without prejudice as to certain claims and with prejudice as to others. Plaintiffs were given until September 8, 2015 to file an amended complaint. Plaintiffs' Motion to Reconsider that Order (Doc. 151) was denied on September 9, 2015 (Doc. 163), and Plaintiffs did not file an amended complaint. This Court's dismissal order therefore became final and appealable as of September 8, 2015. *See Schurrman v Motor Vessel Betty K V*, 798 F. 2d 442, 445 (11th Cir. 1986).

In consideration of the above, the Clerk is directed to close this file. The Court retains jurisdiction to consider GEICO's pending motion for attorney's fees (Doc. 175) once the appellate proceedings in this MDL are concluded.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 20, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party